PERCY ET AL *vs.* MILLAUDON.

APPEAL FROM ·THE COURT OF THE FIRST JUDICIAL DISTRICT.

All the appellees must be cited, or the appeal will be dismissed.

When the appellee cannot be found after diligent search, service of the appeal should be made on his attorney.

Service of citation and petition of appeal on appellee, made at the domicil of another, is not good.

This was an appeal from a judgment, on a rule requiring the defendant to pay over to the plaintiffs a sum of money.

There were many plaintiffs and appellees, some of whom were not regularly cited. One of them, J. G. Brown, the sheriff returned, could not be found after diligent search, and Pierre Foucher was cited, by leaving petition and citation of appeal at the domicil of P. A. Delachaise, to a proper person above the age of fourteen years; without it appearing that he lived or had his domicil there.

*Hennen* and *Barton,* counsel for the appellees moved to dismiss the appeal for want of proper service.

*Grymes, contra,* resisted the motion.

*Martin, J.,* delivered the opinion of the court.

The plaintiffs and appellees ask the dismissal of the appeal, on the ground that they have not all been regularly cited. Several of them have not been cited at all. The citation of Brown was not served, as the sheriff says, because he could not be found. It ought to have been served on his attorney in the suit. That of Pierre Foucher was left at the domicil of Delachaise.

The appeal, therefore, must be dismissed.

All the appellees must be cited, or the appeal will be dismissed.

When the appellee cannot be found after diligent search, service of the appeal should be made on his attorney.

Service of citation and petition of appeal on appellee, made at the domicil of another, is not good.